IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REBECCA BELTRAN<br>Plaintiff | §<br>§<br>§ | |
| V. | § | C.A. NO. 5:22-cv-00014-OLG |
| | § | |
| SELECT PORTFOLIO SERVICING, INC.<br>Defendant | §<br>§<br>§ | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Rebecca Beltran ("Plaintiff") hereby files this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

1. Plaintiff filed this lawsuit against Defendant, Select Portfolio Servicing, Inc., (hereinafter "Defendant"), in State Court on December 29, 2021. Defendant removed the matter to this Court on January 10, 2022, based on Diversity Jurisdiction.

2. Plaintiff wishes to dismiss all claims against Defendant with prejudice.

3. In conformity with Rule 41(a)(1)(A)(ii), this Stipulation is signed by all parties who have appeared in the action.

4. By this Stipulation, it is hereby stipulated that all claims and causes of action brought by Plaintiff against Defendant, are dismissed with prejudice to re-filing same or any part thereof.

5. Plaintiff and Defendant further stipulate that all costs of court, attorney's fees and other costs incurred are to be borne by the party incurring the same.

WHEREFORE, PREMISES CONSIDERED, all claims and causes of action brought by Plaintiff against Defendant are dismissed with prejudice by stipulation of all parties.

Respectfully submitted,

By: /s/ Ramon S. Rodriguez Jr.
    Ramon S. Rodriguez, Jr.
    State Bar No. 17148360
    RODRIGUEZ & GARZA, P.L.L.C.
    247 W. Olmos Dr., Suite 200
    San Antonio, Texas 78212
    (210) 281-0248 Telephone
    (210) 549-2556 Facsimile
    Email: rsrjr04@hotmail.com

**ATTORNEYS-IN-CHARGE FOR PLAINTIFF**

By: /s/ Michael F. Hord Jr.
    Michael F. Hord, Jr.
    Texas Bar No. 00784294
    Eric C. Mettenbrink
    Texas Bar No. 24043819
    HIRSCH & WESTHEIMER, P.C.
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    (713) 220-9182 Telephone
    (713) 223-9319 Facsimile
    mhord@hirschwest.com
    emettenbrink@hirschwest.com

**ATTORNEYS-IN-CHARGE FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2022, a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with **Federal Rule of Civil Procedure 5(b)** and/or by **E-File Delivery** as follows:

Ramon S. Rodriguez Jr.
Rodriguez & Garza, P.L.L.C.
247 W. Olmos Dr., Suite 200
San Antonio, Texas 78212
**Via ECF**

/s/ Michael F. Hord Jr.
Michael F. Hord Jr.

20060161.20220109/4268036.1